IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS


UNITED STATES OF AMERICA

v.                                  No. 4:09CR00041 SWW

JASON MANNIS


FINAL ORDER OF FORFEITURE

    WHEREAS, on September 14, 2010, this Court entered a Preliminary Order of

Forfeiture, ordering defendant to forfeit his interest in the following:

1. One HP Pavillion model 6635 with serial number (SN) KR01228062
2. One Gateway laptop model Solo 5300 with SN BQA01196154 and power cord
3. One Atrix central processing unit (CPU) with no markings
4. Four hard drives:
   a. Three Western Digital:
      WD2500 with SN WCANK1454541
      WD2500 with SN WCAL71011752
      WD1500ADFD with SN WMAP41461026
   b. One Seagate model ST380013A with SN 5JVQMHLL
5. One spindle containing approximately eight DVD-R's
6. One CD case containing approximately 22 CD/DVD's
7. One Western Digital hard drive model WD7500AAKS with SN WCAPT0762509
8. One Thermaltake CPU
9. Two clear plastic cases with approximately six floppy disks in one and nine floppy disks in the other
10. One spindle with approximately seven CD's and two loose CD's
11. Four photographs of females
12. One plastic case containing approximately five floppy disks and three loose floppy disks
13. One VHS tape and approximately five CD's
14. PWRNAPS RETAIL CONCEPTS billing document
15. One DVD case with approximately three DVD's and one loose DVD
16. Approximately 30 CD/DVD's and one floppy disk
17. One Cruzer 256MB thumb drive
18. Approximately four VHS tapes
19. One patriot 2GB thumb drive
20. Approximately 60 CD's

21. Approximately eight CD's in cases and one "Chatgirls" magazine
22. One Seagate hard drive model ST360015A with SN 3KC1DN8X and one TRIGEM hard drive with SN 0188J1FN320308
23. One Motorola model V9 mobile telephone with IMEI 354503011451296 and one A/C charger

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on September 23, 2010, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 2253 .

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. One HP Pavillion model 6635 with serial number (SN) KR01228062
2. One Gateway laptop model Solo 5300 with SN BQA01196154 and power cord
3. One Atrix central processing unit (CPU) with no markings
4. Four hard drives:
    a. Three Western Digital:
        WD2500 with SN WCANK1454541
        WD2500 with SN WCAL71011752
        WD1500ADFD with SN WMAP41461026
    b. One Seagate model ST380013A with SN 5JVQMHLL
5. One spindle containing approximately eight DVD-R's
6. One CD case containing approximately 22 CD/DVD's
7. One Western Digital hard drive model WD7500AAKS with SN WCAPT0762509
8. One Thermaltake CPU
9. Two clear plastic cases with approximately six floppy disks in one and nine floppy disks in the other
10. One spindle with approximately seven CD's and two loose CD's

    11.    Four photographs of females
    12.    One plastic case containing approximately five floppy disks and three loose floppy disks
    13.    One VHS tape and approximately five CD's
    14.    PWRNAPS RETAIL CONCEPTS billing document
    15.    One DVD case with approximately three DVD's and one loose DVD
    16.    Approximately 30 CD/DVD's and one floppy disk
    17.    One Cruzer 256MB thumb drive
    18.    Approximately four VHS tapes
    19.    One patriot 2GB thumb drive
    20.    Approximately 60 CD's
    21.    Approximately eight CD's in cases and one "Chatgirls" magazine
    22.    One Seagate hard drive model ST360015A with SN 3KC1DN8X and one TRIGEM hard drive with SN 0188J1FN320308
    23.    One Motorola model V9 mobile telephone with IMEI 354503011451296 and one A/C charger

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 2253 .

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

    IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

    IT IS SO ORDERED this 22nd day of December, 2010.

    /s/Susan Webber Wright
    UNITED STATES DISTRICT JUDGE