**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 8 2026

TAMMY H DOWNS, CLERK

By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

Docket Number: 4-09CR00041-BSM-01

vs

Jason Mannis

## ORDER FOR DISPOSAL OF SEIZED PROPERTY

This matter comes before the Court requesting disposal of property seized from the defendant. These items include: 1-Motorola Flip Phone S/N: Z5R414BW0CAC; White Samsung Galaxy Cell Phone S/N: R58M34SN2E.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that in accordance with procedures outlined in 41 CFR part 102-41 and the *Guide to Judiciary Policy*, the aforementioned property is to be released to the appropriate federal, state, or local law enforcement agency for disposal, or otherwise appropriately destroyed by the U.S. Probation Office.

IT IS SO ORDERED

Date this 18 day of February, 2026.

_____
United States District Judge